**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

April 15, 2026

**By ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Fortlit*, 22 Cr. 645 (JMF)**

Hon. Furman:

The Court has set April 16, 2026 at 3:00 p.m., for an initial appearance in this matter. I write to seek a one-day continuance of that date as I am to be in the Eastern District for sentencing on another matter. I apologize for the lateness of this request.

Unfortunately, there was confusion as to timing of two sentencing scheduled for the same day in the Eastern District of New York– Mr. Gary Cutler (counsel for co-defendant) got clarity yesterday afternoon. In any event, the fault is mine as I should have checked the docket on the other matter more carefully, and noticed the conflict earlier.

I am available to appear at any time on April 17, 2026.  I am also available on any day the following week starting on April 23, 2026; I have to be in an out of district SCIF on April 20, 2026. The government informs it is generally available.

I apologize for the inconvenience to the Court and to opposing counsel.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel for Mr. Amit Forlit

Application GRANTED. The conference is hereby ADJOURNED to **April 17, 2026,** at **10 a.m.** in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Time is excluded under the Speedy Trial Act from today through April 17, 2026.  The Court finds that exclusion is in the interests of justice to ensure continuity of counsel.  Counsel is reminded that letters seeking relief must be filed as letter motions, not ordinary motions (and must ordinarily be filed at least 48 hours in advance).  The Clerk of Court is directed to terminate Doc. #15.

SO ORDERED.

April 15, 2026